UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00350-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      JASON M. PRICE,

        Defendant.
_____

# MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        The Government shall respond to Defendant Price's Motion for Early Termination
of Probation [ECF No. 465] on or before **Monday, December 5, 2011.**

        Dated:  November 18, 2011